UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――― X
:
VRB 4 INVESTMENTS LTD., :
:
:
Plaintiff, :  No. 23-cv-5287
:
v. :
:
BOLIVARIAN REPUBLIC OF VENEZUELA, :
:
Defendant. :
:
―――――――――――――――――――――― X

# CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Civil Procedure 7.1, Plaintiff VRB 4 Investments Ltd., discloses:

1.  Plaintiff VRB 4 Investments Ltd. is an exempted company formed under the laws of the Cayman Islands with its principal place of business in the Cayman Islands.

2.  Plaintiff has no corporate affiliates, subsidiaries, or parent corporation.

3.  No publicly held corporation owns 10% or more of any of Plaintiff's stock.

Dated: June 22, 2023

Respectfully submitted,

*s/ Brandon L. Arnold*
Brandon L. Arnold
KRAMER LEVIN NAFTALIS & FRANKEL LLP
2000 K Street, N.W., Fourth Floor
Washington, DC 20006
Telephone:   (202) 471-3043
Facsimile:   (202) 775-4510
Email:       barnold@kramerlevin.com

*Attorney for Plaintiff*