UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VRB 4 INVESTMENTS LTD.,

          Plaintiff,

-against-

BOLIVARIAN REPUBLIC OF VENEZUELA,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/19/2023

23 Civ. 5287 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is hereby ORDERED that Plaintiff shall effect service on Defendant by the method set forth in 28 U.S.C. § 1608(a)(4).

    SO ORDERED.

Dated: July 19, 2023
       New York, New York

ANALISA TORRES
United States District Judge